# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Arthur Fred, Jr. | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | CR 13-247-E-BLW |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Brandon Tuia | **INTERPRETER:** No |
| Telephone No.: (208) 236-1109 | If YES, language: |
| **AGENCY:** Fort Hall Police Department | |
| **CASE INFORMATION:** Assault | **RELATED COMPLAINT:** No<br>**CASE NUMBER:** |

Rcvd OCT 2 2 2013
U.S. COURTS
Filed
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Bingham |
| Class A Misdemeanor: | | Estimated Trial Time: | 2 days |
| Class B or C Misdemeanor: (Petty Offense) | | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 113(a)(6) and 1153 | 1 | Assault Resulting in Serious Bodily Injury | Maximum of ten (10) years incarceration and/or $250,000 fine, three (3) years supervised release, and $100 special assessment |
| 18 U.S.C. § 113(a)(3) and 1153 | 2 | Assault With a Dangerous Weapon | Maximum of ten (10) years incarceration and/or $250,000 fine, three (3) years supervised release, and $100 special assessment |

Date: **22 October 2013**     Assistant U.S. Attorney: **JACK B. HAYCOCK**
                              Telephone No.: **(208) 478-4166**